UNITED STATES DISTRICT COURT　　　　　　　　　　　　　　JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.　**CV 20-11375-JFW(Ex)**　　　　　　　　　　　　Date:　**October 13, 2021**

Title:　Myron Hale -v- U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, et al.

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:　　ATTORNEYS PRESENT FOR DEFENDANTS:
　　　　　　None　　　　　　　　　　　　　　　　　　　　　　　None

PROCEEDINGS (IN CHAMBERS):　　DISMISSAL OF ACTION FOR LACK OF PROSECUTION

On March 29, 2021, the Court issued an Order to Show Cause Re: Lack of Prosecution. Plaintiff was warned that failure to respond would result in the dismissal of this action if good cause was not shown for any extension of time. Plaintiff was to respond to the Court's Order to Show Cause no later than April 12, 2021.

As of the date of this Order, there has been no response to the Court's Order to Show Cause or any attempt by Plaintiff to pursue this action. Accordingly, this action is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

Initials of Deputy Clerk　_sr_